UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

3400 ANDREWS, LLC, *et al.*,
    Defendants.

Case No.: 23-cv-62241-BB

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendant, 3400 ANDREWS, LLC, *only*, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Chelsea Roth Sirkman |
| Glenn R. Goldstein (FBN: 55873) | Chelsea Roth Sirkman (FBN: 106171) |
|    *Attorney for Plaintiff* | Jeffrey C. Roth (FBN: 331562) |
| Glenn R. Goldstein & Assoc., PLLC |    *Attorneys for 3400 Andrews, LLC* |
| 8101 Biscayne Blvd., Ste. 504 | Roth & Scholl |
| Miami, Florida 33138 | 866 S. Dixie Hwy. |
| (561) 573-2106 | Coral Gables, FL 33146 |
| GGoldstein@G2Legal.net | (305) 662-4141 |
| | Chelsea@RothandScholl.com |
| s/ Lauren N. Wassenberg | Jeff@RothandScholl.com |
| Lauren N. Wassenberg (FBN: 34083) | |
|    *Attorney for Plaintiff* | |
| Lauren N. Wassenberg & Assoc., P.A. | |
| 33 SE 4th St., Ste. 100 | |
| Boca Raton, FL 33432 | |
| (561) 800-0405 | |
| WassenbergL@gmail.com | |