UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

3400 ANDREWS, LLC and 3400 AM LLC
d/b/a BRAVO SUPERMARKET,
    Defendants.

Case No: 23-cv-62241-BB

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, 3400 ANDREWS, LLC, *ONLY*

    Plaintiff, RUDOLPH BETANCOURT, and Defendant, 3400 ANDREWS, LLC, *only*, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

    Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Jeffrey C. Roth
Florida Bar No. 331562
ROTH & SCHOLL *Attorneys for Defendant 3400 Andrews, LLC*
866 South Dixie Highway Coral Gables, Florida 33146 Telephone: 305-662-4141 Fax: 305-662-3816
Email: jeff@rothandscholl.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com